UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN T. LANDIN,

        Petitioner,

v.

DOUG WADDINGTON,

        Respondent.

Case No.  C02-1141RSM

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. Karen L. Strombom, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The petition is **DISMISSED WITH PREJUDICE**.  The petition is timebarred and without merit.

(3)    The clerk is directed to send copies of this Order to petitioner, counsel for respondent, and to the Hon. Karen L. Strombom.

DATED this __21_ day of November, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1